UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                              Case No. 93-CR-116

ADOLPH ALTUVE,

        Defendant.

**ORDER**

Based on the government's motion and for good cause shown, the Court hereby GRANTS leave to dismiss Counts 1, 3, 5, 7, 11, and 13 of the superseding indictment, without prejudice, in the above-captioned case.

Date: December 19, 2006                      s/ Rudolph T. Randa
                                                          HON. RUDOLPH T. RANDA
                                                          Chief United States District Judge